FILED

**NOT FOR PUBLICATION**

AUG 27 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50321 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00014-RGK-1 |
| v. | |
| ASCENSION HERNANDEZ-PEREZ, AKA Jose Asuncion Hernandez, AKA Jose Ascencion Hernandez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Argued and Submitted June 10, 2010
Pasadena, California

Before: KOZINSKI, Chief Judge, RAWLINSON, Circuit Judge, and BENNETT, District Judge.[**]

Ascension Hernandez-Perez failed to show any prejudice from the district

court's failure to comply with Federal Rules of Criminal Procedure Rule

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Mark W. Bennett, U.S. District Judge for the Northern District of Iowa, sitting by designation.

32(i)(1)(A).  *See United States v. Davila-Escovedo*, 36 F.3d 840, 844 (9th Cir.

1994).  Therefore, any error was harmless.  *See United States v. Soltero*, 510 F.3d

858, 863 (9th Cir. 2007).

The district court's addition of the two § 4A1.1(d) points brought his total

criminal history from ten to twelve, but did not change his criminal history

category of V, and thus resulted in the same Guidelines sentencing range.  *See*

U.S.S.G. Ch. 5, Pt. A.  Because this was a "fast track" plea agreement, any error

was harmless.  *See United States v. Cruz-Gramajo*, 570 F.3d 1162, 1166 n.3 (9th

Cir. 2009).

**AFFIRMED.**